UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

Sims
-v-
New York City et al

U.S.C.A. # _____
U.S.D.C. # __08-cv-5120__
JUDGE: __KMW__
DATE: __June 23, 2008__

*U.S. DISTRICT COURT FILED JUN 23 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ------------------------

**DOCUMENT DESCRIPTION**                                                    **DOC. #**

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

(✓) Original Record                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __23RD__ Day of __June__, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------
Sims
-v-
New York City et al
------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-5120

JUDGE: KMW

DATE: June 23, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                 Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **23rd** Day of **June** In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-05120-KMW
### Internal Use Only

Sims v. New York City et al  
Assigned to: Judge Kimba M. Wood  
Cause: 42:1983 Civil Rights Act

Date Filed: 06/04/2008  
Date Terminated: 06/04/2008  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Carlayne Sims.(mbe) (Entered: 06/16/2008) |
| 06/04/2008 | 2 | COMPLAINT against New York City, New York State, The Republic of the United States, Republic Western Insurance Com., Federal Communication Commission. Document filed by Carlayne Sims.(mbe) (Entered: 06/16/2008) |
| 06/04/2008 |   | SUMMONS ISSUED as to New York City, New York State, The Republic of the United States, Republic Western Insurance Com., Federal Communication Commission. (mbe) (Entered: 06/16/2008) |
| 06/04/2008 |   | Magistrate Judge Kevin N. Fox is so designated. (mbe) (Entered: 06/16/2008) |
| 06/04/2008 | 3 | ORDER OF DISMISSAL, I grant plaintiff's request to proceed in forma pauperis but dismiss the complaint for the following reasons. According to pro se's complaint, the close and sympathetic reading to which it is entitled, it reveals no basis for the exercise of subject matter jurisdiction over the underlying suit. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/4/2008) (mbe) (Entered: 06/16/2008) |
| 06/16/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/4/2008) (mbe) (Entered: 06/16/2008) |
| 06/16/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Carlayne Sims. (tp) (Entered: 06/23/2008) |
| 06/16/2008 |   | Appeal Remark as to 5 Notice of Appeal filed by Carlayne Sims. $455.00 APPEAL FEE DUE. IFP REVOKED 6/4/08. (tp) (Entered: 06/23/2008) |
| 06/23/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 06/23/2008) |
| 06/23/2008 |   | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 06/23/2008) |